

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2020

No. 04-19-00741-CV

**IN RE** Leticia R. **BENAVIDES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

Relator's motion for rehearing was originally due on December 5, 2019. This court granted relator an extension until January 6, 2020. On January 3, 2020, relator filed a second request for an extension of time in which to file a motion for rehearing.

The motion is GRANTED and relator is ORDERED to file her motion for rehearing **no later than January 23, 2020**. Counsel for relator is advised that no further extensions of time will be granted absent a motion for extension of time, filed before the motion for rehearing is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the motion for rehearing, and (3) provides the court reasonable assurance that the motion for rehearing will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

It is so **ORDERED** on January 7, 2020.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2011PB000081L2, styled *In the Matter of the Guardianship of Carlos Benavides, Jr., an Incapacitated Person*, pending in the County Court At Law No 1, Webb County, Texas, the Honorable Hugo Martinez presiding.